JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ESTATE OF SCOTT HULTMAN, DECEASED, THROUGH HIS SUCCESSOR IN INTEREST, R.H., A MINOR BY AND THROUGH HIS GUARDIAN AD LITEM, REBECCA HULTMAN, et.al.<br><br>　　　　　　Plaintiffs,<br>　　　vs.<br><br>COUNTY OF VENTURA, a public entity; et.al.<br><br>　　　　　　Defendants. | **Case No.  2:21-cv-06280-DSF-RAO**<br>**Assigned to Hon. Dale S. Fischer**<br><br>**ORDER RE DISMISSAL OF THE REMAINING DEFENDANTS AND THIS ACTION WITH PREJUDICE** |

**ORDER RE STIPULATION BY PARTIES RE DISMISSAL**

1  Pursuant to the Stipulation by and between the parties, through their
2  respective counsels of record, IT IS HEREBY ORDERED that defendants County
3  of Ventura, Wellpath Management Inc., and Wellpath LLC, are dismissed with
4  prejudice in the above captioned action and the action is dismissed with prejudice,
5  pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), with each party
6  to bear their own costs and fees, inclusive of Dkt. 150, Order re Petition on
7  Minor's Compromise.
8      IT IS SO ORDERED.
9  DATED: February 16, 2023

        _____

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

**[ORDER RE STIPULATION BY PARTIES RE DISMISSAL**